No. 04–10442. WILLIAMS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–10443. BAILEY-EL v. COMPTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–10444. McCLAINE-BEY v. BOUCHARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10445. SMALL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10446. RIVERA-ROSA, AKA RUIZ-FERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10447. JEAN-BAPTISTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10448. MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10449. KEETER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–10450. EDWARDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10451. SHELTON v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–10452. WEST v. LITSCHER ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–10453. ALFONSO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–10454. PLUMMER v. HORNUNG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10455. BINNEY v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 04–10458. MORGAN v. MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.